IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3005 |
| v. | ) | |
| | ) | |
| THEOPHILIES ANTONIO HARVEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

    To allow consideration of the defendant's motion for release to treatment,

    IT IS ORDERED, the pretrial services officer shall prepare an updated report of the defendant's criminal history and the status of all pending cases, as soon as practicable.

    DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge