```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )          4:05CR3005
       v.                       )
                                )
THEOPHILIES ANTONIO HARVEY,     )
                                )             ORDER
            Defendant.          )
                                )
```

To enable consideration of defendant's motion for release,

IT IS ORDERED:

Pretrial Services shall arrange a substance abuse evaluation of defendant as soon as practicable and provide copies of the report to the court and counsel.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge