```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3005 |
| v. | ) | |
| | ) | |
| THEOPHILIES ANTONIO HARVEY, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

The defendant has been evaluated and the evaluator has recommended that he live in a "structured" environment and complete intensive outpatient treatment. No further action has been taken.

IT THEREFORE HEREBY IS ORDERED,

The defendant's attorney may have the defendant screened for admission into a halfway house and intensive outpatient treatment and file a proposal for release.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge