```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )       4:05CR3005
      v.                       )
                               )
THEOPHILIES ANTONIO HARVEY,    )
                               )     MEMORANDUM AND ORDER
            Defendant.         )
                               )
```

A motion was made in April, 2005 for releasing defendant to treatment. Filing 19. At that time I approved a substance abuse evaluation and additional information. Filings 20 and 21. The evaluation report was received in late May, and I later granted defendant's attorney authorization to have him screened for admission to a halfway house and intensive outpatient treatment, the recommended treatment. Filing 24. No further action has been taken.

IT THEREFORE HEREBY IS ORDERED,

Defendant is given until on or before September 22, 2005 to complete the admissions screening or alternatively to advise the undersigned that the defendant no longer is desiring to participate in treatment. If no report is received, the motion for release, filing 19, will be regarded as abandoned and it will be denied.

DATED this 1st day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge