```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3005 |
| v. ) | |
| ) | |
| THEOPHILIES ANTONIO HARVEY, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

There has been no response to the court's order of September 1, 2005 (filing 33).

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion for release, filing 19, is deemed abandoned and is denied.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge