THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THEOPHILIES ANTONIO | ) | |
| HARVEY, a/k/a THEO HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |

After a telephone conference with counsel, and at the request of the defendant and with the agreement of the government,

IT IS ORDERED:

1. The Rule 35(b) hearing currently set for November 20, 2007, shall be continued to December 6, 2007, before the undersigned United States district judge at 12:00 noon in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The defendant shall be present at the hearing.

3. The Clerk of Court is directed to deliver a copy of this order to the United States Marshal.

November 19, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge